# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA REYES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:18-cv-00749-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME TO SERVE PLAINTIFF'S LETTER BRIEF<br><br>(ECF No. 11) |

On November 15, 2018, Plaintiff filed a stipulation requesting an extension of time to serve the Commissioner with a confidential letter brief as required by the Court's scheduling order. (ECF No. 11.) This request is granted, and the scheduling order is modified as follows:

1. Plaintiff's confidential letter brief shall be served on or before **November 19, 2018**;
2. Commissioner's confidential letter brief shall be served on or before **December 26, 2018**;
3. Any stipulation to remand the case shall be filed on or before **January 10, 2019**;
4. Plaintiff's opening brief shall be filed on or before **January 25, 2019**;
5. Commissioner's responsive brief shall be filed on or before **February 25, 2019;**
6. Plaintiff may file a reply brief on or before **March 12, 2019**; and

///

1

7.  The parties are advised that due to the impact of social security cases on the Court's docket and the Court's desire to have cases decided in an expedient manner, requests for modification of the briefing scheduling will not routinely be granted and will only be granted upon a showing of good cause. Further, requests to modify the briefing schedule that are made on the eve of a deadline will be looked upon with disfavor and may be denied absent good cause for the delay in seeking an extension.

IT IS SO ORDERED.

Dated:   **November 16, 2018**

UNITED STATES MAGISTRATE JUDGE